BEFORE: WILLIAM D. WALL　　　　　　　　　　　　　　　　DATE: 8/15/06

UNITED STATES MAGISTRATE JUDGE　　　　　　　　　TIME: 3:30 PM

DOCKET NO.  CV 05-1094　　　　　　　　　　　　　ASSIGNED JUDGE: WEXLER

CASE NAME: AXELROD AND CHERVENY ARCHITECTS P.C. V. HOMES BY THE TIMBERS INC. ET AL.

CIVIL CONFERENCE

Initial _____　Status _____　Settlement _____　Pretrial _____

Other: DISCOVERY MOTION HEARING

APPEARANCES:　Plaintiff　　Braden Farber

　　　　　　　　Defendant　　Ralph Schoene(Bay Meadows)

　　　　　　　　　　　　　　　Eugene Devany

SCHEDULING:

1.　The next Pretrial conference will be held on November 1, 2006 at 10:00 am as previously scheduled.

THE FOLLOWING RULINGS WERE MADE: Plaintiff's Motion to Compel dated August 1, 2006 is GRANTED to the extent that the defendants shall comply with all outstanding discovery demands no later than August 31, 2006.  The joint application for an extension of discovery deadlines is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　/s/ William D. Wall
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM D. WALL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge